UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:     Case Number: 13-36330 ABA

Debtor: Kieosha D. Vereen

| Check Number | Creditor | Amount |
|---|---|---|
| 1858005 | JPMorgan Chase Bank, N.A. | 5447.10 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014